IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 1:98cr18-MP

BERNARD RAY CLARK,

     Defendant.
_____/

## ORDER REASSIGNING CASE FOR SUPERVISED RELEASE ISSUES

     The Defendant was convicted in the Gainesville division but he is being supervised by the probation office in Panama City, which is closest to where he lives. Accordingly, this case is reassigned to Judge Richard Smoak for issues related to supervised release.

     SO ORDERED this 14th day of October, nunc pro tunc June 12, 2009.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      Chief United States District Judge